[No. 9432-4-III.   Division Three.   October 31, 1989.]

TEAMSTERS, FOOD PROCESSING EMPLOYEES, PUBLIC EMPLOYEES, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 760, *Respondent,* v. GRANT COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant

County, No. 85–2–00327–2, Duane E. Taber, J., entered June 9, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.